**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00938-CR
No. 05-15-00939-CR

**DEMARCUS JERMANE SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-12092-L, F09-12093-L**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel John Tatum to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **MARCH 4, 2016**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, official court reporter,

Criminal District Court No. 5; Felicia Pitre, Dallas County District Clerk; John Tatum; and the Dallas County District Attorney's Office.

We further **DIRECT** the Clerk to send a copy of this order to Demarcus Sampson, No. 13049333, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/ ADA BROWN
   JUSTICE